■ DOMINGO RIVERA, Appellant, v JOREMI ENTERPRISES INC. et al., Respondents. [813 NYS2d 907]—Appeal from order, Supreme Court, Bronx County (Stanley Green, J.), entered March 24, 2004, unanimously withdrawn in accordance with the terms of the stipulations of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Friedman, Catterson and McGuire, JJ.